1  Tara Zabehi (Cal. State Bar No. 314706)
       *tara@calljustice.com*
2  Brittany Shaw (Cal. State Bar No. 331773)
       *brittany@calljustice.com*
3  Margaux Gundzik (Cal. State Bar No. 340116)
       *m.gundzik@calljustice.com*
4  **LAWYERS *for* JUSTICE, PC**
   450 North Brand Boulevard, Suite 900
5  Glendale, California 91203
   Tel.: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff Joshua Cahill

Greg S. Labate (Cal. State Bar No. 149918)
       *glabate@sheppardmullin.com*
Jason M. Guyser (Cal. State Bar No. 255273)
       *jguyser@sheppardmullin.com*
Eric T. Angel (Cal. State Bar No. 293157)
       *eangel@sheppardmullin.com*
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626
Tel.: (714) 523-5100 / Fax: (714) 523-5100

*Attorneys for* Defendant Marriott International, Inc.,
 and Residence Inn by Marriot, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CAHILL, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., Delaware Limited Liability Company; RESIDENCE INN BY MARRIOTT, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-05065-FLA-JC<br><br>Honorable Fernando L. Aenlle-Rocha<br>Department 6B<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: April 29, 2024<br>Trial Date:       None Set |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Joshua Cahill ("Plaintiff") and Defendants Marriott International, Inc., and Residence Inn by Marriott, LLC ("Defendants") (collectively referred to herein as the "Parties"), by and through their undersigned counsel of record, have reached a tentative settlement in principal in the above-captioned action, which, once approved, will resolve Plaintiff's individual and class claims pending in this Court and as well as his claim for penalties under the California Private Attorneys General Act ("PAGA") currently pending in Santa Barbara Superior Court in their entirety.

The Parties are currently drafting a long-form settlement agreement memorializing the terms of the settlement.

In light of the Parties' settlement, the Parties respectfully request that the Court vacate all trial and litigation related deadlines and any other hearing dates or deadlines currently on calendar in this matter, including the deadline for the Court to hear Plaintiff's Motion for Class Certification, currently set for July 4, 2025.

Respectfully submitted,

Dated: March 28, 2025     **LAWYERS *for* JUSTICE, PC**

BY: _/s/ Margaux Gundzik_
Margaux Gundzik
*Attorneys for* Plaintiff Joshua Cahill

Dated: March 28, 2025     **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

BY: _/s/ Eric Angel_
Eric Angel
*Attorneys for* Defendant Marriott International, Inc and Residence Inn by Marriot, LLC

# **ATTESTATION OF CONCURRENCE**

Pursuant to the Central District Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed on this 28th day of March 2025, in Glendale, California

Dated: March 28, 2025

**LAWYERS *for* JUSTICE, PC**

BY: */s/ Margaux Gundzik*

Margaux Gundzik
*Attorneys for* Plaintiff Joshua Cahill