JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CAHILL,<br><br>           Plaintiff,<br><br>     v.<br><br>MARRIOTT INTERNATIONAL, INC., *et al.*,<br><br>           Defendants. | Case No. 2:24-cv-05065-FLA (JCx)<br><br>**ORDER APPROVING STIPULATION REMAND ACTION TO STATE COURT [DKT. 42]** |

1

On July 11, 2025, the parties filed a Stipulation to Remand Action to State Court ("Stipulation").  Dkt. 42.

Having reviewed the Stipulation and finding good cause therefor, the court APPROVES the Stipulation and REMANDS the action to Santa Barbara County Superior Court, case number 24CV02395.  The court VACATES all remaining pretrial and trial dates and deadlines.

IT IS SO ORDERED.

Dated: July 14, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2